NOT RECOMMENDED FOR PUBLICATION
File Name: 23a0369n.06

Nos. 21-2664, 21-2690

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, ) | **FILED** |
| Petitioner, ) | Aug 11, 2023 |
| ) | DEBORAH S. HUNT, Clerk |
| v. ) | |
| ) | |
| BANNUM, INC., and BANNUM PLACE OF ) | **ORDER** |
| SAGINAW, LLC, a single employer and/or ) | |
| joint employers and/or a Parent Corporation, ) | |
| Respondents. ) | |
| ) | |

**Before: MOORE, COLE, and NALBANDIAN, Circuit Judges.**

Bannum, Inc. and Bannum Place of Saginaw, LLC (collectively, Bannum) move for modification of the protective restraining order entered by this court on July 27, 2023. Upon consideration of Bannum's motion and the National Labor Relations Board's response in opposition, we **GRANT IN PART** and **DENY IN PART** the motion.

We deny Bannum's motion insofar as it seeks to limit the period for which documents are requested under Paragraph VII of the protective restraining order. We grant Bannum's motion insofar as it seeks to extend the time for compliance under Paragraphs VII and VIII of the protective restraining order. Bannum shall have fourteen days from the entry of this order to satisfy its obligations under Paragraphs VII and VIII of the protective restraining order.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk